# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA CROSSAN**       Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 15-5665** |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

This 13th day of January, 2017, having considered Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the administrative record in light of Plaintiff's Objections, I conclude that any error committed by the Administrative Law Judge was harmless.

It is therefore **ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Linda K. Caracappa is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge